JEAN SINTON AND WILLIAM SINTON, PLAINTIFFS-RE-
SPONDENTS, v. HUDSON AND MANHATTAN RAILROAD
COMPANY, A CORPORATION, DEFENDANT-APPEL-
LANT.

Argued January 18, 1944—Decided March 29, 1944.

Before BROGAN, CHIEF JUSTICE, and Justices BODINE and
COLIE.

For the appellant, *Collins & Corbin* (*Edward A. Markley*
and *James B. Emory,* of counsel).

For the respondents, *M. Lester Lynch.*

PER CURIAM.

Defendant appeals from a judgment in favor of Jean Sin-
ton and her husband awarded them for the physical injuries
to her and consequential damages to him resulting from a
fall which she sustained on the stairway in the defendant's
station at Ninth Street in New York City. The evidence was
that she slipped on the inside of a banana which was on the
step. There was no evidence that the presence of the banana
had been, in fact, brought to defendant's previous notice or
that its presence on the step had existed for such space of
time before the occurrence as would have afforded the defend-

ant sufficient opportunity to make proper inspection of the stairway and remove it. In the absence of such proof, it was error to submit the case to the jury. *Schnatterer* v. *Bamberger,* 81 *N. J. L.* 558.

The judgment is reversed, with costs.